RE: Yisleidys Ramos _____     **PRO SE**     Case # 17-10483  LMI _____

<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION</u> (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2016
___ Bank Account Statements    ~~3 months pre petition~~
    _____
    _____
    _____
___ Check copy _____
_____
___ Explain W/D _____
___ FMV(NADA/Carmax), Reg and Payoff: Vehicles ___
_____
___ FMV and Payoff: Real Estate _____
_____
___ Non homestead Information Sheet
___ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
___ BDQ & attachments    Profit & Loss    Balance Sheet
___ Bank statements and checks    3 months _____
_____
_____

___    Photo ID(s)    LF 90    LF67    LF10
___    Domestic Support Info: name address and phone
___    Affidavit of Support
_____
___    Other provisions
_____
___    Plan does not fund
___    Calculation errors/improper months _____
___    Valuation motion has not been filed
___    LMM/MMM motion not filed
___    Reaffirm, redeem or surrender Sch D & G creditor
___    Creditor on plan not listed in Schedules or no filed POC
___    Priority debt on Sch E not in plan
___    Object or Conform to Proof of Claim
   ___ Miami-Dade County    ___ Tax Certificate(DE# ___)
   ___ Dept of Revenue    ___ IRS
_____
_____ -
___ Other: _____

___    Fee application (see court guideline 6)
___    Income understated _____ stubs _____ taxes
    co-debtor _____ stubs _____ taxes
___    Spouse's pay advices/spouse's wages not disclosed
___    Proof of household size (government ID w/ address)
    and income of all adults
___    Best effort < 36 months < 60 months
___    Expenses objectionable: Sch J ☐ Provide Proof
_____
___    D/I  > 100%   < 90%   Feasibility
___    Info on transfer  SOFA _____ undisclosed
    ___ Tolling Agreement(s)

___    **Objection to Exemption** (specifics to be filed)
    To be heard with confirmation at 1:30 pm
___    Ch 7 s/b _____ plus tax refund / valuations
___    Good faith to unsecured
___    Expenses: documentation/calculation: CMI line
_____
_____
_____
    CMI/DI _____ x 60 = _____
☐    Plus income/expenses issues ☐ Trustee est. $ _____
    Undervalued collateral should be crammed down

Other: _____
_____
_____
_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

_**IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** *The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing_ The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** 2·17·17 **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027